(79 South. 209)

No. 23115.

STATE v. BREAUX.

(June 29, 1918.)

*(Syllabus by the Court.)*

1. CRIMINAL LAW ⬯1020 — LOUISIANA SUPREME COURT — APPELLATE JURISDICTION — AMOUNT.

The court has not appellate jurisdiction in criminal cases where a fine exceeding $300, or imprisonment exceeding six months, has not been imposed.

2. COURTS ⬯224(6) — JURISDICTION OF SUPREME COURT—CONSTITUTIONALITY OF STATUTE.

The Supreme Court is without jurisdiction in a criminal case where a law of the state has been declared to be constitutional.

Appeal from Seventeenth Judicial District Court, Parish of Vermilion; W. W. Bailey Judge.

Leopaul Breaux was convicted of having violated a labor contract, and he appeals. Appeal dismissed.

A. R. Mitchell, of Lake Charles, for appellant. A. V. Coco, Atty. Gen., and Preston J. Greene, Dist. Atty., of Abbeville (Vernon A. Coco, of New Orleans, of counsel), for the State.

SOMMERVILLE, J. The defendant appeals from sentence imposed upon him of a fine of $35, or, in default, to serve 40 days in jail.

[1, 2] The case is not within the jurisdiction of this court. State v. Dunn, 105 La. 355, 29 South. 934; State v. Hunter, 114 La. 939, 38 South. 686; State v. Desimone, 143 La. 505, 78 South. 751.

Defendant moved to quash the bill of information against him on the ground that Act 50, 1892, p. 71, making it a misdemeanor to violate labor contracts, was unconstitutional. The motion was overruled, and the statute was declared to be constitutional. No appeal lies in such case. State v. Dunn, 105 La. 355, 29 South. 934; State v. Hunter, 114 La. 939, 38 South. 686; State v. Murray, 116 La. 655, 40 South. 930, 7 Ann. Cas. 957.

The appeal is dismissed.